Louis Welsh, appellant, v. John Griffiths and Son Company, appellee. Gen. No. 36,553.

filed May 8, 1933.

Lloyd T. Bailey, for appellant. Church, Haft, Robertson, Crowe & Spence, for appellee; Burt A. Crowe, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Maurice Klein, as trustee in bankruptcy in the estate of James H. Monroe, appellant, v. James Monroe, Sadie Monroe individually and as executrix of the estate of Willie Woodson, deceased, appellees. Gen. No. 36,574.

filed May 8, 1933.

Harry Gralnek, for appellant; Philip Appel, of counsel. Wendell E. Green, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

J. J. Stanley and Charles J. Stanley, trading as J. J. Stanley, appellants, v. Elmer G. Olson et al., appellees. Gen. No. 36,581.

Opinion filed May 8, 1933.

Short, Rothbart, Willner & Lewis, for appellants; Seymour M. Lewis and Earle G. Kallen, of counsel. Otto T. Langbein, Jr., and N. A. Nelson, Jr., for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

King C. Matthews, appellee, v. Jacob Hayden, trading as North Shore Discount Company, and M. L. Perkell, appellants. Gen. No. 36,590.

Opinion filed May 8, 1933.

Martin S. Gordon, for appellants; Julius L. Kabaker, of counsel. Charles S. Hirsch, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.